IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AIMEE HARTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| CAPITAL ONE SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT CAPITAL ONE SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**

Capital One Services, LLC ("COSLLC") makes the following disclosure pursuant to Fed. R. Civ. P. 7.1, stating that COSLLC is a limited liability company. It has one member, Capital One, N.A. COSLLC's parent company is Capital One, N.A., which is a wholly owned subsidiary of Capital One Financial Corporation, a publically traded company.

Dated: March 1, 2013.

Respectfully submitted,

/s/ *Joshua H. Threadcraft*

Joshua H. Threadcraft (FL Bar No. 96153)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: jthreadc@burr.com

*Attorney for Defendant Capital One Services, LLC*

1786329 v3

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following by directing same to their office via facsimile and first-class, United States mail, postage prepaid and email on this the 1st day of March, 2013:

Brian M. Hoag
Boss, Arrighi & Hoag, P.L.
9800 Fourth Street North, Suite 402
St. Petersburg, FL 33702
Telephone: (727) 471-0039
Facsimile: (888) 503-2182
Email: bhoag@protectyourfuture.com

                                            *s/ Joshua H. Threadcraft*
                                            OF COUNSEL